# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Erica Cardenas** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**Infusion Capital Group LLC** )<br>)<br>*Defendant* ) | Civil Action No. 1:25-cv-01386 |

## AFFIDAVIT OF SERVICE

Javon  Cummings, duly sworn, deposes and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on March 20, 2025, at 1:08 pm at Infusion Capital Group LLC, 40 Wall St, 28th Floor, #2765, New York, NY 10005, Deponent served the within Summons, Complaint, Cover Sheet, Notice re Consent, Litigation Hold Letter, Notice re Pretrial Conference, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Infusion Capital Group LLC (hereinafter referred to as "subject") by leaving the following documents with Drew Agor who as Owner is authorized by appointment or by law to receive service of process for Infusion Capital Group LLC.

My perception of the description of the individual served is as follows:
White Male, est. age 35-44, glasses: N, Black hair, 220 lbs to 240 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=40.7066219393,-74.0092542918
Photograph: See Exhibit 1

Total Cost: $210.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

☐ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

/s/ *Javon Cummings*

Executed in

Queens County                                    ,

NY        on     3/24/2025              .

Signature
Server Name: Javon  Cummings
License#: 20236513-DCA

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Below are my previous attempts at serving Infusion Capital Group LLC:

Date / Time: March 6, 2025 1:19 pm
Address: 572 Sackett Street, Brooklyn, NY 11217
Geolocation: https://google.com/maps?q=40.6792900131,-73.9858584727
Description: Company is no longer located here. Body shop now

Date / Time: March 17, 2025 3:00 pm
Address: Infusion Capital Group LLC, 40 Wall St, 28th Floor, #2765, New York, NY 10005
Geolocation: https://google.com/maps?q=40.7065756246,-74.0096814981
Description: No one answered when doorman called up

