# COLEMAN PLLC

---

PHONE (877) 333-9427 | FAX (888) 498-8946  NEW YORK | NEW JERSEY | FLORIDA
EMAIL: LAW@STEFANCOLEMAN.COM  CLASSACTION.WS

<u>*VIA ECF*</u>
May 22, 2025

Honorable Jesse M. Furman
U.S. District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Cardenas v. Infusion Capital Group LLC*
        Case No. 1:25-cv-01386-JMF
        Letter Regarding Initial Pretrial Conference

Dear Judge Furman:

      Pursuant to the Notice of Initial Pretrial Conference (ECF No. 4), Plaintiff Cardenas provides notice that Defendant Infusion Capital Group has failed to appear in the action to defend itself, and, as a result, Plaintiff has been granted leave to take class certification related discovery in advance of seeking default class certification and a default class judgment. *See* ECF 10. Accordingly, Plaintiff Cardenas does not believe an initial conference is necessary, and respectfully requests its cancelation.

                          Respectfully submitted,

                          <u>*s/ Stefan Coleman*</u>
                          Stefan Coleman, Esq.