# COLEMAN PLLC

PHONE (877) 333-9427 | FAX (888) 498-8946  
EMAIL: LAW@STEFANCOLEMAN.COM

NEW YORK | NEW JERSEY | FLORIDA  
CLASSACTION.WS

<u>*VIA ECF*</u>  
May 22, 2025

Honorable Jesse M. Furman  
U.S. District Judge  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

      Re: *Cardenas v. Infusion Capital Group LLC*  
         Case No. 1:25-cv-01386-JMF  
         **Letter Regarding Initial Pretrial Conference**

Dear Judge Furman:

    Pursuant to the Notice of Initial Pretrial Conference (ECF No. 4), Plaintiff Cardenas provides notice that Defendant Infusion Capital Group has failed to appear in the action to defend itself, and, as a result, Plaintiff has been granted leave to take class certification related discovery in advance of seeking default class certification and a default class judgment. *See* ECF 10. Accordingly, Plaintiff Cardenas does not believe an initial conference is necessary, and respectfully requests its cancelation.

                             Respectfully submitted,

                             <u>*s/ Stefan Coleman*</u>  
                             Stefan Coleman, Esq.

Application GRANTED. The initial pretrial conference is hereby ADJOURNED *sine die*.

SO ORDERED.

*[signature]*  
May 22, 2025